IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES KARBOWSKI | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-325 |
| STEPHANIE ZEPEDA | § | |

MEMORANDUM OPINION AND ORDER

Plaintiff James Karbowski, a prisoner currently confined at the LeBlanc Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Stephanie Zepeda. The defendant is a pharmacy specialist in Huntsville, Texas.

Discussion

When, as in this case, jurisdiction is not founded solely on diversity of citizenship, § 1391 provides that venue is proper only in the judicial district where the defendants reside or in which the claim arose. However, under 28 U.S.C. § 1404(a), for the convenience of parties and witnesses and in the interest of justice, a district court may transfer any civil action to any other district where it could have been brought. Such a transfer may be done *sua sponte* and is reviewable only for an abuse of discretion. *Mills v. Beech Aircraft Corp.*, 886 F.2d 758, 761 (5th Cir. 1989).

Huntsville is located in the Houston Division of the United States District Court for the Southern District of Texas. The court has considered the circumstances of this case and has determined that the interests of justice would be served if the complaint were transferred to the district in which the claims arose. Therefore, this action should be transferred to the Southern District of Texas. It is accordingly

**ORDERED** that this civil rights action is **TRANSFERRED** to the Houston Division of the United States District Court for the Southern District of Texas.

**SIGNED this the 12th day of August, 2026.**

Christine L Stetson
UNITED STATES MAGISTRATE JUDGE